FILED

2026 Jan-08  AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

SHANIESTA KENAY BANKS,      )
     )
       Petitioner,      )
     )
v.      )    Case No.  7:25-cv-00602-MHH-NAD
     )
WARDEN NEELY, et al.,      )
     )
       Respondents.      )

## MEMORANDUM OPINION

Petitioner Shaniesta Kenay Banks, a federal inmate, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  On December 11, 2025, the magistrate judge entered a report in which he recommended that the Court deny and dismiss this habeas petition with prejudice.  (Doc. 10).  The magistrate judge advised the parties of their rights to file objections within 14 days.  (Doc. 10, pp. 10–11).  To date, the Court has not received objections from either party.

Having considered the materials in the Court's electronic record for this case, the Court adopts the magistrate judge's report and accepts his recommendation.  By separate order the Court will deny and dismiss Ms. Banks's petition.

**DONE** and **ORDERED** this January 8, 2026.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

1